Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–10634–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benton Wuensch
   3494 East State Street Extension
   Hamilton, NJ 08619

Social Security No.:
   xxx–xx–0611

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on Janauary 11, 2017 and a confirmation hearing on such Plan has been scheduled for March 25, 2017.

The debtor filed a Modified Plan on March 15, 2017 and a confirmation hearing on the Modified Plan is scheduled for April 25, 2017 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 17, 2017
JAN: pbf

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 17-10634-MBK
Benton Wuensch                                                      Chapter 13
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin                  Page 1 of 1                  Date Rcvd: Mar 17, 2017
                               Form ID: 186                 Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
db             +Benton Wuensch,    3494 East State Street Extension,    Hamilton, NJ 08619-2407
516589071      +Bank of America,    100 North Tyron Street,    Charlotte, NC 28255-0001
516589072       Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516589073       Bank of America, NA,    P.O. Box 15227,    Wilmington, DE 19886-5227
516589074      +Fiserv,   PO Box 2168,    Columbus, OH 43216-2168
516589076      +Judith Wuensch,    47 Edgemere Avenue,    Plainsboro, NJ 08536-2515
516589077      +KML Law Group,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
516589078      +NLC Servicing,    4300 Stevens Creek Blvd, Suite 275,    San Jose, CA 95129-1265
516589079       Santander Consumer USA,    Atten: Bankruptcy Dept.,    P.O. Box 560284,    Dallas, TX 75356-0284
516589080       State of New Department of the,    Treasury Division of Taxation,    P.O. Box 187,
                 Trenton, NJ 08695-0187
516589081      +Stategic Realty Fund, LLC,    4300 Stevens Creek Blvd., #275,    San Jose, CA 95129-1265
516624579      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516689482      +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                 Sioux Falls  SD 57104-0422
516694675       Wells Fargo Bank, N.A.,    POB 10438, MAC F8235-02F,    Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 17 2017 23:48:00     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 17 2017 23:47:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516589075       E-mail/Text: cio.bncmail@irs.gov Mar 17 2017 23:47:34     Internal Revenue Service,
                 PO Box 724,   Springfield, NJ 07081-0724
516657504      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2017 23:38:05     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Donald   Quigley    on behalf of Debtor Benton  Wuensch lawoffices@quigleyfayette.com,
          donaldquigley.dq@gmail.com
         Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```