Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10634−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Benton Wuensch
  3494 East State Street Extension
  Hamilton, NJ 08619

Social Security No.:
  xxx−xx−0611

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on January 11, 2017 and a confirmation hearing on such Plan has been scheduled for May 9, 2017.

The debtor filed a Modified Plan on April 25, 2017 and a confirmation hearing on the Modified Plan is scheduled for June 13, 2017 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 27, 2017
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-10634-MBK
Benton Wuensch                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Apr 27, 2017
                              Form ID: 186         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db            +Benton Wuensch,    3494 East State Street Extension,    Hamilton, NJ 08619-2407
516744699      BANK OF AMERICA, N.A.,,    PO Box 31785,    Tampa, FL 33631-3785
516589071     +Bank of America,    100 North Tyron Street,    Charlotte, NC 28255-0001
516589072      Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516589073      Bank of America, NA,    P.O. Box 15227,    Wilmington, DE 19886-5227
516589074     +Fiserv,   PO Box 2168,    Columbus, OH 43216-2168
516589076     +Judith Wuensch,    47 Edgemere Avenue,    Plainsboro, NJ 08536-2515
516589077     +KML Law Group,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
516726961     +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
               Warren MI 48090-2036
516589078     +NLC Servicing,    4300 Stevens Creek Blvd, Suite 275,    San Jose, CA 95129-1265
516775805     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
516589079      Santander Consumer USA,    Atten: Bankruptcy Dept.,    P.O. Box 560284,    Dallas, TX 75356-0284
516589080      State of New Department of the,    Treasury Division of Taxation,    P.O. Box 187,
               Trenton, NJ 08695-0187
516589081     +Stategic Realty Fund, LLC,    4300 Stevens Creek Blvd., #275,    San Jose, CA 95129-1265
516624579     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516689482     +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
               Sioux Falls   SD 57104-0422
516694675      Wells Fargo Bank, N.A.,    POB 10438, MAC F8235-02F,    Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 11:47:51     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 11:47:47     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516762759      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2017 22:53:40
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
516589075      E-mail/Text: cio.bncmail@irs.gov Apr 28 2017 11:47:21     Internal Revenue Service,
               PO Box 724,    Springfield, NJ 07081-0724
516657504     +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 22:53:31     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516719077*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 27, 2017
                              Form ID: 186             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Donald  Quigley    on behalf of Debtor  Benton  Wuensch lawoffices@quigleyfayette.com, donaldquigley.dq@gmail.com
        Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 5