**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE: **Benton Wuensch**    Case No.: **17-10634**
Judge:
Debtor(s)    Chapter: **13**

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original    ■ Modified/Notice Required    ■ Discharge Sought
☐ Motions Included    ☐ Modified/No Notice Required    ☐ No Discharge Sought

Date: _____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1:  Payment and Length of Plan |
|---|
| a. The Debtor shall pay **505.00 Monthly** to the Chapter 13 Trustee, starting on ___ for approximately **60** months.<br><br>b. The Debtor shall make plan payments to the Trustee from the following sources:<br>  ■ Future Earnings<br>  ☐ Other sources of funding (describe source, amount and date when funds are available): |

1

c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

d.  ☐   The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐   Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Donald Quigley, Esquire DQ9093** | Attorney Fees | 2,500.00 |
| **Internal Revenue Service** | Taxes and certain other debts | 300.00 |
| **State of New Department of the** | Taxes and certain other debts | 1,418.54 |

## Part 4: Secured Claims

a. **Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Bank of America** | **3494 East State Street Extension Hamilton, NJ 08619 Mercer County BPO lisyts property at $137,500 - 10% c.o.s = $123,750** | 4,000.00 | 0.00 | 4,000.00 | 170.00 |

2

| Bank of America, NA | 3494 East State Street Extension Hamilton, NJ 08619 Mercer County BPO lisyts property at $137,500 - 10% c.o.s = $123,750 | 13,000.00 | 0.00 | 13,000.00 | 661.71 |
|---|---|---|---|---|---|
| Stategic Realty Fund, LLC | 3494 East State Street Extension Hamilton, NJ 08619 Mercer County BPO lisyts property at $137,500 - 10% c.o.s = $123,750 | 3,500.00 | 0.00 | 3,500.00 | 792.48 |

### b. Modification

1.) The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
-NONE-

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

3

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

    ____ Not less than $____ to be distributed *pro rata*

    ____ Not less than ___ percent

    __x__ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **-NONE-** | | |

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **-NONE-** | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **-NONE-** | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   - ■ Upon Confirmation
   - ☐ Upon Discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-petition claims**

The Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

e. **Other Provisions:**
**The Debtor is a co-signor on his niece's student loan debt.  This debt is being paid outside the plan by the debtor's niece.**

### Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:**1/11/17**.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **To include language indicating student loans are paid outside the plan** | **To include language indicating student loans are paid outside the plan** |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes | ■ No |
|---|---|---|

### Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

5

| Date | **April 25, 2017** | **/s/ Donald Quigley, Esquire** |
|---|---|---|
| | | **Donald Quigley, Esquire DQ9093** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the foregoing is true and correct.

| Date: | **April 25, 2017** | **/s/ Benton Wuensch** |
|---|---|---|
| | | **Benton Wuensch** |
| | | Debtor |

| Date: | | |
|---|---|---|
| | | Joint Debtor |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                Case No. 17-10634-MBK
Benton Wuensch                                                        Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Apr 27, 2017
                              Form ID: pdf901              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db             +Benton Wuensch,    3494 East State Street Extension,    Hamilton, NJ 08619-2407
516744699       BANK OF AMERICA, N.A.,,    PO Box 31785,   Tampa, FL 33631-3785
516589071      +Bank of America,    100 North Tyron Street,    Charlotte, NC 28255-0001
516589072       Bank of America,    PO Box 31785,   Tampa, FL 33631-3785
516589073       Bank of America, NA,    P.O. Box 15227,   Wilmington, DE 19886-5227
516589074      +Fiserv,   PO Box 2168,    Columbus, OH 43216-2168
516589076      +Judith Wuensch,    47 Edgemere Avenue,    Plainsboro, NJ 08536-2515
516589077      +KML Law Group,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
516726961      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
516589078      +NLC Servicing,    4300 Stevens Creek Blvd, Suite 275,    San Jose, CA 95129-1265
516775805      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
516589079       Santander Consumer USA,    Atten: Bankruptcy Dept.,    P.O. Box 560284,    Dallas, TX 75356-0284
516589080       State of New Department of the,    Treasury Division of Taxation,    P.O. Box 187,
                 Trenton, NJ 08695-0187
516589081      +Stategic Realty Fund, LLC,    4300 Stevens Creek Blvd., #275,    San Jose, CA 95129-1265
516624579      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
516689482      +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                 Sioux Falls   SD 57104-0422
516694675       Wells Fargo Bank, N.A.,    POB 10438, MAC F8235-02F,    Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 11:47:51     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 11:47:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516762759       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2017 22:54:00
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
516589075       E-mail/Text: cio.bncmail@irs.gov Apr 28 2017 11:47:18     Internal Revenue Service,
                 PO Box 724,   Springfield, NJ 07081-0724
516657504      +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 22:53:50     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516719077*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 27, 2017
                              Form ID: pdf901          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Donald  Quigley    on behalf of Debtor Benton  Wuensch lawoffices@quigleyfayette.com, donaldquigley.dq@gmail.com
        Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                      TOTAL: 5