UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Benton Wuensch

**Order Filed on June 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 17-10634

Adv. No.

Hearing Date:

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2)  is hereby **ORDERED.**

**DATED: June 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 17-10634
Order Granting Supplemental Chapter 13 Fees
Page 2

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Quigley & Fayette, LLC, the applicant, is allowed a fee of $300.00 for services rendered and expenses in the amount of $0.00 for a total of $300.00. The allowance shall be payable:

   XX         Through the Chapter 13 plan as an administrative priority

              Outside the plan