Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–10634–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Benton Wuensch
  3494 East State Street Extension
  Hamilton, NJ 08619

Social Security No.:
  xxx–xx–0611

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/9/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: September 9, 2019
JAN: kmf

                                                            Jeanne Naughton
                                                            Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey

In re:                                                          Case No. 17-10634-MBK
Benton Wuensch                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2       Date Rcvd: Sep 09, 2019
                              Form ID: 148              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
db             +Benton Wuensch,   3494 East State Street Extension,   Hamilton, NJ 08619-2407
516589073       Bank of America, NA,   P.O. Box 15227,   Wilmington, DE 19886-5227
516589074      +Fiserv,   PO Box 2168,   Columbus, OH 43216-2168
516589077      +KML Law Group,   216 Haddon Avenue, Suite 406,   Collingswood, NJ 08108-2812
516726961      +Midland Credit Management, Inc. as agent for,   Asset Acceptance LLC,   Po Box 2036,
                 Warren MI 48090-2036
516589078      +NLC Servicing,   4300 Stevens Creek Blvd, Suite 275,   San Jose, CA 95129-1265
516775805     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
516589080       State of New Department of the,   Treasury Division of Taxation,   P.O. Box 187,
                 Trenton, NJ 08695-0187
516589081      +Stategic Realty Fund, LLC,   4300 Stevens Creek Blvd., #275,   San Jose, CA 95129-1265
516624579      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 00:07:50     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 00:07:47     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516762759       EDI: AIS.COM Sep 10 2019 03:23:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
516744699       EDI: BANKAMER.COM Sep 10 2019 03:23:00      BANK OF AMERICA, N.A.,,   PO Box 31785,
                 Tampa, FL 33631-3785
516589072       EDI: BANKAMER.COM Sep 10 2019 03:23:00      Bank of America,   PO Box 31785,
                 Tampa, FL 33631-3785
516589071      +EDI: BANKAMER2.COM Sep 10 2019 03:23:00      Bank of America,   100 North Tyron Street,
                 Charlotte, NC 28255-0001
516822185       EDI: BL-BECKET.COM Sep 10 2019 03:23:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516589075       EDI: IRS.COM Sep 10 2019 03:23:00      Internal Revenue Service,   PO Box 724,
                 Springfield, NJ 07081-0724
516589079       EDI: DRIV.COM Sep 10 2019 03:23:00      Santander Consumer USA,   Atten: Bankruptcy Dept.,
                 P.O. Box 560284,   Dallas, TX 75356-0284
516657504      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516689482      +EDI: WFFC.COM Sep 10 2019 03:23:00      Wells Fargo Bank  N A,
                 Wells Fargo Education Financial Services,   301 E 58th Street N,   Sioux Falls  SD 57104-0422
516694675       EDI: WFFC.COM Sep 10 2019 03:23:00      Wells Fargo Bank, N.A.,   POB 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516791230*      Bank of America, N.A.,   PO Box 31785,   Tampa, FL 33631-3785
516719077*      Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516589076    ##+Judith Wuensch,   47 Edgemere Avenue,   Plainsboro, NJ 08536-2515
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                  Signature: /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 09, 2019
                              Form ID: 148             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Benton   Wuensch kfayette@kevinfayette.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 5
```